(128 So. 915)

### May GRANT v. STATE.
### 6 Div. 715.

Court of Appeals of Alabama.
May 13, 1930.

BRICKEN, P. J.

Appellant was convicted under the first count of the indictment wherein he was charged with the offense of distilling, making, or manufacturing alcoholic, spirituous, malted, or mixed liquors or beverages, a part of which was alcohol. His punishment was fixed at imprisonment in the penitentiary for a term of not less than one year and three months and not more than one year and six months. From the judgment of conviction he appealed to this court, and rests his appeal solely upon the record proper; there being no bill of exceptions. The appeal is without merit, as the record is regular and without error.

Affirmed.

(125 So. 920)

### Orb GRANT v. STATE. . (8 Div. 804.)

Court of Appeals of Alabama. Jan. 28, 1930.

RICE, J. Appeal dismissed.

(119 So. 921)

### Joe Bob GRAVETT v. STATE. (7 Div. 509.)

Court of Appeals of Alabama. Jan. 22, 1929.

BRICKEN, P. J. Appeal dismissed.

(124 So. 922)

### John GREEK v. STATE. (I Div. 892.)

Court of Appeals of Alabama. Nov. 19, 1929.

RICE, J. Affirmed.

(128 So. 916)

### Harvey GREEN v. CITY OF HUNTSVILLE.
### 8 Div. 959.

Court of Appeals of Alabama.
May 22, 1930.

PER CURIAM.
Appeal dismissed for want of prosecution.

(125 So. 921)

### Blev GREEN, Jr., v. STATE. (7 Div. 584.)

Court of Appeals of Alabama. Jan. 21, 1930.

SAMFORD, J. Appeal dismissed.

(122 So. 922)

### Claud GREEN v. STATE. (6 Div. 602.)

Court of Appeals of Alabama. April 30, 1929.

SAMFORD, J. Affirmed.

(122 So. 922)

### Claud GREEN v. STATE. (6 Div. 521.)

Court of Appeals of Alabama. April 30, 1929.

BRICKEN, P. J. Appeal dismissed.